# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2008

135642

MARIA C. ABAY, Personal Representative of the
ESTATE of MIRA E. ABAY, Deceased,
      Plaintiff/Counter-Defendant,

v

DAIMLERCHRYSLER CORPORATION,
      Defendant,
and

JAMES E. TRENT and KELLY ROSE BROOKS,
      Defendants/Cross-Defendants,
and

DAIMLERCHRYSLER INSURANCE COMPANY,
      Defendant/Counter-Plaintiff/
      Cross-Plaintiff/Third-Party
      Plaintiff/Appellee,

v

AUTO CLUB GROUP INSURANCE
COMPANY d/b/a AAA OF MICHIGAN,
      Cross-Defendant/Third-Party
      Defendant/Appellant,
and

ALVIN JEROME TAYLOR,
      Cross-Defendant/Third-Party
      Defendant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135642
COA: 281924
Oakland CC: 06-075016-CK

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2008

p0311

Clerk